UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD WARREN PAUL BILLIOT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1886-WBV** |
| **CONSTITUTIONS** | **SECTION: "D"** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 3), and the Plaintiff's failure to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint seeking relief pursuant to 42 U.S.C. § 1983 (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and otherwise being filed in an improper venue.

New Orleans, Louisiana, January 4, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Recognizing the plaintiff's pro se status, the Court has allowed an extra two weeks for objections. None have been received.